IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 11-cr-00420-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    LUIS MOY,

        Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a status/scheduling hearing regarding Defendant Moy is set **Tuesday, November 8, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

      Government Counsel in Washington, D.C. may appear by telephone. Counsel are requested to contact chambers (303-844-2527) prior to the hearing with a land line phone number where they will be available.

Dated: November 3, 2011