**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  11-cr-00420-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     LUIS MOY,

      Defendant.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that pursuant to proceedings held in open court on November 28, 2011, Defendant shall file either a notice of disposition or an appropriate motion **on or before December 12, 2011**.

     A further status/scheduling hearing regarding Defendant Moy is set **Thursday, December 15, 2011 at 8:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

     Government Counsel in Washington, D.C. may appear by telephone if the December 15, 2011 date remains a status hearing; however, if Defendant has filed a notice of disposition and the status hearing is converted to a change of plea hearing, Counsel shall be present in person in the courtroom.

Dated:  November 29, 2011

---