IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 11-cr-00420-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    LUIS MOY,

      Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that the change of plea regarding Defendant Moy is set **Wednesday, May 16, 2012 at 10:30 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: April 10, 2012